UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JOE WESLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE OF THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 15-cv-03618-MEJ<br><br>**ORDER CONTINUING CMC AND SETTING DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

Having reviewed the parties' separate case management statements, the Court CONTINUES the Case Management Conference to December 17, 2015 at 10:00 a.m. in Courtroom B. The parties shall file a <u>joint</u> case management statement by December 10, 2015. Plaintiff shall file his amended complaint by November 9, 2015.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge